UNITE HERE! LOCAL 5
JENNIFER CYNN, #8558
CATHY LOWENBERG, #9133
1516 South King Street
Honolulu, Hawaii  96826
Phone: (808) 941-2141
Facsimile: (808) 941-2166

Attorney for Petitioner
UNITE HERE! Local 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITE HERE! Local 5, | Civil Action No. 09-cv-00227 ACK-KSC |
| Petitioner, | |
| vs. | **JUDGMENT** |
| Anekona Islander LLC; Hawaii Hotel Management LLC, | |
| Respondents. | Date:  November 2, 2009 |
| | Time: |
| | Judge:  Hon. Alan C. Kay |

WHEREAS, on July 21, 2009, Petitioner UNITE HERE Local 5 filed its Motion to Confirm and Enforce Arbitration Award, seeking confirmation and enforcement of an arbitration award issued by Arbitrator John Kagel on July 22, 2008 and the same Arbitrator's supplemental order of May 4, 2009; and

1

WHEREAS, on October 15, 2009, Respondents Anekona Islander LLC and Hawaii Hotel Management LLC filed a Statement of No Opposition to Petitioner's motion; and good cause appearing,

NOW THEREFORE, IT IS ORDERED pursuant to Rule 58 of the Federal Rules of Civil Procedure that the Clerk of this Court enter Judgment in this matter in Petitioner's favor, as follows:

The Court confirms and enforces the arbitration award of Arbitrator John Kagel issued on July 22, 2008 and the May 4, 2009 order of Arbitrator Kagel.

Petitioner shall have Judgment against the Respondents in the sum of $39,907.32 in backpay due to Lionel Tomacder, and from this amount deduct $767.27 in dues owed to the petitioner;  pension contributions to the Ilikai Money Purchase Plan of $4,533.29; and interest on the foregoing accruing at the legal rate applied from July 23, 2008 until such amounts are satisfied, as set forth in Count 26 of the Petition to Enforce Arbitration Award on file in this Action.

Petitioner shall have Judgment against the Respondents in the sum of $5,467.39 for the Arbitrator's invoice, with interest on the foregoing accruing at the legal rate applied from July 23, 2008 and until such amount is satisfied, as set forth in Counts 26, 27 and 28 of the Petition to Enforce Arbitration Award on file in this Action.

Each party is to bear its own costs and attorney's fees in this matter, and no award will be made for costs or attorney's fees.  All other Counts of the Complaint are dismissed with prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, October 30, 2009.

/s/ Alan C. Kay
Alan C. Kay
Sr. United States District Judge